Danielle Lang (CA Bar No. 304450)
Paul M. Smith (DC Bar No. 358870)
J. Gerald Hebert (VA Bar No. 38432)
Adav Noti (DC Bar No. 490714)
Mark Gaber (DC Bar No. 988077)
CAMPAIGN LEGAL CENTER
1411 K Street NW Suite 1400
Washington, DC 20005
Tel: (202) 736-2200
Email: dlang@campaignlegalcenter.org
*Attorneys for the Plaintiffs*
*(additional counsel below)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| League of United Latin American Citizens Arizona; Arizona Students' Association,<br><br>Plaintiffs,<br><br>v.<br><br>Michele Reagan, in her official capacity as Secretary of State of Arizona; Adrian Fontes, in his official capacity as Maricopa County Recorder,<br><br>Defendants. | Case No. 2:17-CV-04102-DGC<br><br>**JOINT MOTION FOR ENTRY OF CONSENT DECREE**<br><br>(Expedited Relief Requested) |

Come now, Plaintiff League of United Latin American Citizens of Arizona ("LULAC-Arizona"), Plaintiff Arizona Students' Association ("ASA"), Defendant Michele Reagan, in her official capacity as Secretary of State of Arizona (the "Secretary"), and Defendant Adrian Fontes, in his official capacity as Maricopa County Recorder ("Recorder Fontes"), hereinafter the "Parties," by and through their attorneys of record, and hereby request that the Court approve and enter the attached Consent Decree (Exhibit A) as an Order of this Court.

On November 7, 2017, LULAC-Arizona and ASA initiated this action against the Secretary and Recorder Fontes. The complaint alleged that Arizona's dual voter registration policies violate the First and Fourteenth Amendments to the United States Constitution. Specifically, LULAC-Arizona and ASA alleged that Arizona treats voter registration applicants differently depending on whether they use Arizona's state registration form (the "State Form") or the national registration form (the "Federal Form"). At the time the lawsuit was filed and currently, fourteen of Arizona's County Recorders reject State Form applications submitted without valid documentary proof of citizenship ("DPOC"). Federal law requires the County Recorders to accept Federal Form applications, even when they are submitted without DPOC. The Motor Vehicles Department ("MVD") Proxy Table is then electronically checked through an automated process to determine whether the Federal Form applicants have a valid driver's license, which indicates that DPOC is supposed to be on file with the MVD. Those with DPOC on file are eligible to vote in both state and federal elections ("Full Ballot Voter"). Those who do not have DPOC on file with the MVD remained as Fed Only Voters, able to vote in federal elections.

As a result, whether one who does not present valid DPOC is registered to vote in federal elections is entirely dependent on which form the applicant uses to register. Those using the Federal Form, but not providing DPOC, are registered to vote in federal elections; and, depending on the results of the Secretary's automated review of the MVD database, may be registered to vote in state elections as well. But those using the State Form, and not providing valid DPOC, are not registered to vote in any elections because the application is rejected in its entirety. LULAC-Arizona and ASA alleged that this dual voter registration process violated the First and Fourteenth Amendments.

The Secretary denies that Arizona's voter registration policies violate the First and Fourteenth Amendments or are otherwise illegal under state or federal law. The Secretary asserts that Federal and State Form applicants are not similarly situated for equal protection purposes. The Secretary asserts that Arizona is constitutionally permitted to require those applying to register to vote using the State Form to personally provide DPOC at the time that they submit their State Form. The Secretary further asserts that there is no constitutional or statutory requirement that Arizona election officials register applicants for federal elections when they have chosen to use the State Form to register to vote rather than the Federal Form.

Nevertheless, the Secretary and Recorder Fontes desire to make it as easy possible for Arizona's citizens to register to vote, while remaining consistent with Arizona and federal law and also providing necessary safeguards to deter those who would commit voter registration fraud. Having reviewed the applicable law, the Secretary and Recorder Fontes have concluded that current technology allows the Secretary, Recorder Fontes, and the other Arizona County Recorders to treat State Form applications exactly as they treat Federal Form applications, and that because of current technology such treatment is consistent with the provisions of Arizona law, including the requirements of Proposition 200, codified at A.R.S. §§ 16-166(F) and 16-152(A)(23). The Secretary and Recorder Fontes agree that treating Federal Form and State Form applications the same will make it easier for Arizona's citizens to register to vote, while also providing important safeguards to prevent unlawful voter registration. Accordingly, on February 8, 2018, the Secretary and Recorder Fontes through their counsel notified counsel for LULAC-Arizona and ASA of their desire to enter into an agreement that will resolve the underlying litigation and also benefit Arizona's citizens.

The Parties have negotiated in good faith and agree to the entry of this Consent Decree as an appropriate resolution of all claims. The Consent Decree would resolve all substantive claims of the Plaintiffs in the above-captioned case.[1] The Court should approve the Consent Decree because it is fair, reasonable, in the public interest, and will benefit Arizona's voters and elections. Of note, the deadlines and compliance timelines included in the Consent Decree were carefully negotiated to ensure that eligible voters in Arizona would benefit from the Consent Decree before the upcoming August 2018 Primary Elections.  In light of the foregoing, the Parties respectfully request that this Court approve the Consent Decree and enter it as an Order of this Court as soon as possible.

Dated: June 4, 2018

Respectfully Submitted,

/s/ Danielle Lang_____

Danielle Lang (CA Bar No. 304450)
Paul M. Smith (DC Bar No. 358870)
J. Gerald Hebert (VA Bar No. 38432)
Adav Noti (DC Bar No. 490714)
Mark Gaber (DC Bar No. 988077)
CAMPAIGN LEGAL CENTER
1411 K Street NW Suite 1400
Washington, DC 20005
Tel: (202) 736-2200
Email: dlang@campaignlegalcenter.org

Spencer G. Scharff (AZ Bar No. 028946)
GODDARD LAW OFFICE PLC
502 W. Roosevelt Street
Phoenix, Arizona 85003
Tel: (602) 258-5521
Email: scharff@goddardlawplc.com

---

[1] The matter of Plaintiffs' attorneys' fees and costs has not been fully resolved. As agreed upon in the consent decree, the Parties will continue to negotiate in good faith and if the matter is not resolved, Plaintiffs will file a motion for fees and costs within 45 days after entry of this Consent Decree.

4

Joint Motion for Entry of Consent Decree
CASE NO. 2:17-CV-04102-DGC

Ezra D. Rosenberg (DC Bar No. 360927)
Arusha Gordon (DC Bar No. 1035129)
Jon M. Greenbaum (DC Bar No. 489887)
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1401 New York Avenue NW Suite 400
Washington, DC 20005
Tel: (202) 662-8345
Email: erosenberg@lawyerscommittee.org

Andrew W. Schwartz (CA Bar No. 87699)
Winter King (CA Bar No. 237958)
Stephanie L. Safdi (CA Bar No. 310517)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, CA 94102
Tel: (415) 552-7272
Email: schwartz@smwlaw.com

Manuel G. Escobar, Jr. (TX Bar No. 06665800)
LULAC
National Legal Advisor
201 W. Poplar St.
San Antonio, TX 78212
Tel: 210-225-1400
Email: Escobarm1@aol.com

*Attorneys for Plaintiffs*

MARK BRNOVICH
Attorney General

/s/ Joseph E. La Rue (With Permission)
Kara M. Karlson
Joseph E. La Rue
Assistant Attorneys General
2005 N. Central Ave.
Phoenix, AZ 85007

Dennis I. Wilenchik, Esq.
John D. Wilenchik, Esq.
David A. Timchak, Esq.
The Wilenchik & Bartness Building

5

|   |   |
|---|---|
| 1 | 2810 North Third Street |
| 2 | Phoenix, Arizona 85004 |
|   | admin@wb-law.com |

*Attorneys for Defendant Arizona Secretary of State Michele Reagan*

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY

/s/ Talia J. Offord (With Permission)
M. Colleen Connor
Talia J. Offord
connorc@mcao.maricopa.gov
offordt@mcao.maricopa.gov

*Attorneys for Defendant Maricopa County Recorder Adrian Fontes*

6

Joint Motion for Entry of Consent Decree
CASE NO. 2:17-CV-04102-DGC

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ *Danielle Lang*
>Danielle Lang
>*Counsel for Plaintiffs*