Kathleen E. Brody (Bar No. 026331)
Darrell L. Hill (Bar No. 030424)
American Civil Liberties Union of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
Tel.: (602) 650-1854
kbrody@acluaz.org
dhill@acluaz.org

Theresa J. Lee* (NY Bar No. 5022769)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
tlee@aclu.org

*Attorneys for Third Party Movant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

League of United Latin American
Citizens Arizona; Arizona Students'
Association,

    Plaintiffs,

v.

Michele Reagan, in her official
capacity as Secretary of State of Arizona;
Adrian Fontes, in his official
capacity as Maricopa County Recorder

    Defendants.

No. 2:17-cv-04102-DGC

**NOTICE TO COURT REGARDING MOTION TO COMPEL COMPLIANCE WITH CONSENT DECREE**

    Third party Movant Luis Cisneros submits this Notice to update the Court that his ballot appears to have been "accepted" for counting. On November 13, 2018, at approximately 11:15 a.m. Mountain Time, counsel for Mr. Cisneros continued their practice of checking the status of

1

his ballot on the website for the Pima County Recorder.  Though certain of the dates on the website were inaccurate based on Mr. Cisneros experience submitting his ballot, the website indicated that his ballot had been "transferred to the Elections Department to be counted in batch Y2, on 11/12/2018."  Upon checking the status of Mr. Cisneros's ballot on the Secretary of State's website, leaving aside the inaccurate date of return of his ballot, the status of the ballot was listed as "Accepted."

If these designations mean that his ballot will be counted, Mr. Cisneros no longer seeks such an order with respect to his ballot.  Mr. Cisneros still seeks for his date of registration to be deemed to have occurred on October 8, 2018, pursuant to the Consent Decree, to the extent it has not been.  Mr. Cisneros continues to note that his experience indicates that many other voters may have faced similar barriers to their registration and vote in violation of the Consent Decree.

November 13, 2018                                  Respectfully submitted,

                                                   /s Kathleen E. Brody
Theresa J. Lee* (N.Y. Bar No. 5022769)             Kathleen E. Brody (Bar No. 026331)
American Civil Liberties Union Foundation          Darrell L. Hill (Bar No. 030424)
125 Broad Street, 18th Floor                       American Civil Liberties Union of Arizona
New York, NY 10004                                 3707 North 7th Street, Suite 235
Tel.: (212) 549-2500                               Phoenix, AZ 85014
tlee@aclu.org                                      Tel.: (602) 650-1854
                                                   kbrody@acluaz.org
* *pro hac vice forthcoming*                       dhill@acluaz.org

                                                   *Attorneys for Third Party Movant*

**CERTIFICATE OF SERVICE**

I, Kathy Brody, hereby certify that this Motion for Leave to Appear Telephonically with the Consent Decree was served upon all counsel of record in this case via ECF.

/s/ Kathy Brody
*Attorney for Third Party Movant Luis Cisneros*