**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

League of United Latin American Citizens of Arizona; Arizona Students' Association,

Plaintiffs,

v.

Michele Reagan, in her official capacity as Secretary of State of Arizona; Adrian Fontes, in his official capacity as Maricopa County Recorder,

Defendants.

No. CV-17-4102-PHX-DGC

**ORDER**

Plaintiffs have filed a motion to transfer *Living United for Change in Arizona v. Hobbs*, No. 2:22-cv-00519-SRB (D. Ariz. Mar. 31, 2022) ("*LUCHA*"), to the undersigned judge under LRCiv 42.1. Doc. 58. The motion argues that this case concerns similar issues, and that the consent decree entered in this case will be at issue in *LUCHA*.

Transfer under LRCiv 42.1 is not warranted. The Court approved the consent decree but did not otherwise address the merits of this case. This case has long been closed, and Judge Bolton is equally capable of considering the relationship between the terms of the consent decree and the challenged statute.

**IT IS ORDERED** that Plaintiffs' Motion to Transfer Related Case (Doc. 58) is **denied**.

Dated this 13th day of April, 2022.

David G. Campbell
Senior United States District Judge